127 F.3d 1095
 Pens. Plan Guide (CCH) P 23939Y
Paul J. Engelhart, William J. Mcilfatrick, H.C. Kohout, Carl
C. Brandt, Lawrence Cirillo, Charles D. Nester, Thomas F.
Meehan, Jr., Jacqueline A. Mace, Donald E. Kraft, Robert E.
Graham, (Englehart Subclass), William J. Mcilfatrick,
(Mcilfatrick Disability Subclass), William J. Mcilfatrick,
(Mcilfatrick Offset Subclass) Jacqueline A. Mace (Mace Subclass)
v.
Consolidated Rail Corporation, Supplemental Pension Plan of
Consolidated Rail
 NO. 96-1920
 United States Court of Appeals,
Third Circuit.
 Aug 05, 1997
 
 Appeal From: E.D.Pa. ,No.92cv07056 ,
 Buckwalter, J.
 
 
 1
 Affirmed.